```
                    UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:                                    )     14 B 38107
                                          )
Dolores E. Pitts,                         )     Judge Baer
                         Debtor.          )
                                          )     Chapter 7
```

## RULE 1019 SCHEDULES
## AFTER CONVERSION OF CHAPTER 13 TO CHAPTER 7


### SCHEDULE OF PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT FILED BY THE CHAPTER 13 TRUSTEE ACQUIRED AFTER THE FILING OF THE PETITION BUT BEFORE CONVERSION TO CHAPTER 7

The Debtor has not acquired any property after the filing of the Petition but before conversion to Chapter 7.

Joseph Wrobel #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
#206 1954 First Street
Highland Park, IL 60035
(312) 781-0996

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

```
IN RE:                                    )    14 B 38107
                                          )
Dolores E. Pitts,                         )    Judge Baer
                             Debtor.      )
                                          )    Chapter 7
```

SCHEDULE OF UNPAID DEBTS NOT LISTED IN THE FINAL REPORT

```
Creditors name and          Nature of claim              Amount
 mailing address                                         of claim
__


Illinois Eye Institute
3241 S. Michigan Avenue
Chicago, IL 60612
Account #: 0001000000022599   Medical Bill               $141.00


Advocate Medical Group
PO Box 92523
Chicago, IL 60675-2523
Account #: 2577255            Medical Bill               $129.97


Advocate Christ Medical Center
PO Box 4256
Carol Stream, IL 60197-4256   Medical Bill               $ 93.82


WhyNot Leasing, DBA
WhyNot Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104                                     $833.40
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 14 B 38107 |
| | ) | |
| Dolores E. Pitts, | ) | Judge Baer |
| 　　　　　Debtor. | ) | |
| | ) | Chapter 7 |
| 　　　Debtor. | ) | |

SCHEDULE OF EXECUTORY CONTRACTS

The Debtor has not entered into any executory contracts.

I declare under penalty of perjury that I have read the foregoing Schedules, consisting of 4 pages and that they are true and correct to the best of my knowledge, information and belief.

Date 02-05-2016　　　　X_____Dolores Pitts_____
　　　　　　　　　　　　　　Dolores E. Pitts

Joseph Wrobel #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
#206 1954 First Street
Highland Park, IL 60035
(312) 781-0996